Dismissed and Memorandum Opinion filed October 23, 2003









Dismissed and Memorandum Opinion filed October 23,
2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-01045-CR

____________

 

MATTHEW GEORGE DEETER,
Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
230th District Court

Harris County, Texas

Trial Court Cause No.
958,479

 



 

M E M O R A N D U M  
O P I N I O N

A written request to withdraw the notice of appeal,
personally signed by appellant, has been filed with this Court.  See Tex.
R. App. P. 42.2.  Because this
Court has not delivered an opinion, we grant appellant=s request.

Accordingly, we order the appeal dismissed.  We direct the Clerk of the Court to issue the
mandate of the Court immediately.

PER CURIAM

 

Judgment rendered
and Memorandum Opinion filed October 23, 2003.

Panel consists of
Chief Justice Brister and Justices Anderson and
Seymore.

Do Not Publish C Tex.
R. App. P. 47.2(b).